ACCEPTED
03-15-00186-CV
6777610
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/3/2015 10:07:11 AM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00186-CV

_____

IN THE COURT OF APPEALS
THIRD JUDICIAL DISTRICT OF TEXAS
AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/3/2015 10:07:11 AM
JEFFREY D. KYLE
Clerk

_____

**GLENN HEGAR, COMPTROLLER OF PUBLIC ACCOUNTS
OF THE STATE OF TEXAS; AND
KEN PAXTON, ATTORNEY GENERAL OF THE STATE OF TEXAS,**
*Appellants*

**v.**

**STATEWIDE MATERIALS TRANSPORT, LTD.,**
*Appellee.*

---

## JOINT MOTION
## FOR FOURTH EXTENSION OF TIME TO FILE APPELLEE'S BRIEF

---

TO THE HONORABLE THIRD COURT OF APPEALS:

For the reasons explained below, both parties jointly move for a sixty-day extension of the Appellee's Brief deadline to allow for finalization of an anticipated settlement agreement, followed by dismissal of this pending matter. Appellee's current deadline is Tuesday, September 8, 2015. The parties seek an extension of this deadline until Monday, November 9, 2015.

1

# I. INTRODUCTION

1. Appellants are Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas ("Appellants").

2. Appellee is Statewide Materials Transport, Ltd. ("Appellee").

3. No rule provides a deadline to file this Motion to Extend. *See* Tex. R. App. P. 38.6(d).

# II. ARGUMENT & AUTHORITIES

4. The Court has authority under Texas Rule of Appellate Procedure 38.6(d) to extend the time to file Appellee's Brief. This Motion is filed in accordance with Texas Rule of Appellate Procedure 10.5(b)(1).

5. Appellee's Brief is currently due on Tuesday, September 8, 2015.

6. Since August 11, 2015, settlement discussions have been underway between the parties. The parties have now reached an initial agreement to the settlement terms and are in the process of finalizing the necessary settlement documents. It generally takes the Office of the Comptroller approximately 60 days to process such documents and issue payment. The parties anticipate filing a Joint Motion to Dismiss this appeal promptly following the completion of that process by Appellants.

7. Counsel for both parties recognize that sixty days is a longer-than-average extension period, especially given the number of extensions previously granted in this matter. However, counsel jointly make this request as a matter of efficiency and to promote final resolution of this matter because neither has control over the length of time required by the Franchise Tax Refund Verification Division of the Office of the Comptroller to process and finalize the contemplated settlement. Rather than incur time and expense on behalf of the clients to file repeated motions for further extension of time during this period, the parties jointly make a request for a sixty-day extension period at this time.

8. The requested extension of Appellee's Brief deadline will not prejudice any party.

9. Three extensions of time have previously been granted to Appellee regarding its Brief: Two at the request of Appellee, and one jointly requested by the parties when settlement negotiations began.

10. The $10.00 filing fee has been submitted in connection with this Motion.

### III. PRAYER

For these reasons, the Appellants and Appellee respectfully pray that this Court grant an extension of time to file Appellee's Brief from September 8 to November 9, 2015, which is 60 days from the current deadline.

3

Respectfully submitted,

**MARTENS, TODD, LEONARD, TAYLOR & AHLRICH**
301 Congress Ave., Suite 1950
Austin, Texas 78701
Telephone: (512) 542-9898
Telecopier: (512) 542-9899

By: _/s/ Amanda G. Taylor_
    Amanda Taylor
    ataylor@textaxlaw.com
    State Bar No. 24045921
    James F. Martens
    jmartens@textaxlaw.com
    State Bar No. 13050720
    Lacy L. Leonard
    lleonard@textaxlaw.com
    State Bar No. 24040561
    Danielle V. Ahlrich
    dahlrich@textaxlaw.com
    State Bar No. 24059215

    **ATTORNEYS FOR APPELLEE
    STATEWIDE MATERIALS
    TRANSPORT, LTD.**

**JOINED BY**

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

SCOTT A. KELLER
Solicitor General

BY:   /s/ *Douglas D. Geyser*
      DOUGLAS D. GEYSER
      Assistant Solicitor General
      State Bar No. 24059817
      douglas.geyser@texasattorneygeneral.gov

      CHARLES K. ELDRED
      Assistant Attorney General
      charles.eldred@texasattorneygeneral.gov

      OFFICE OF THE ATTORNEY GENERAL
      P.O. Box 12548 (MC 059)
      Austin, Texas 78711-2548
      Tel.: (512) 936-2540
      Fax: (512) 474-2697

**COUNSEL FOR APPELLANTS GLENN HEGAR, COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TEXAS, AND KEN PAXTON, ATTORNEY GENERAL OF THE STATE OF TEXAS**

## CERTIFICATE OF CONFERENCE

As required by Texas Rule of Appellate Procedure 10.1(a)(5), I certify that on September 3, 2015, counsel for Appellee conferred with counsel for Appellants, both Mr. Douglas Geyser and Mr. Charles Eldred, and they agree to join in the relief requested by this Motion.

/s/ Amanda G. Taylor
Amanda G. Taylor

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Joint Motion for a Fourth Extension of Time to File Appellee's Brief has been electronically filed and served on all counsel below on September 3, 2015.

Douglas D. Geyser
Assistant Solicitor General
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
(512) 936-2540
(512) 474-2697 [fax]
douglas.geyser@texasattorneygeneral.gov

Charles Eldred
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL,
FINANCIAL AND TAX LITIGATION DIVISION
P.O. Box 12548
Austin, Texas 78711
(512) 463-1745
(512) 477-2348 [fax]
charles.eldred@texasattorneygeneral.gov

/s/ Amanda G. Taylor
Amanda G. Taylor